90 A.3d 699

### ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY

v.

### Jared WOLFE.

**Petition of United States Court of Appeals for the Third Circuit.**

**No. 23 MM 2014.**

Supreme Court of Pennsylvania.

April 24, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 24th day of April, 2014, the Petition for Certification of Question of Law submitted by the United States Court of Appeals for the Third Circuit is **GRANTED.** This Court shall consider the following issue:

Under Pennsylvania law, can an insured tortfeasor assign his or her bad faith claim against an insurer, under 42 Pa.C.S. § 8371, to an injured third party?

54

The Prothonotary shall set a briefing schedule, and the matter shall be submitted on the briefs. The Insurance Commissioner is invited to file an *amicus curiae* brief.